# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00486-CV

**In re Reagan Burrus PLLC and David Lamon**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators Reagan Burrus PLLC and David Lamon have filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's September 1, 2021 discovery order pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before October 11, 2021.

It is ordered on October 1, 2021.

Before Justices Goodwin, Baker, and Smith